IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTERS HEALTH & WELFARE FUND OF PHILADELPHIA & VICINITY, et al., | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 09-587 |
| v. | : : | |
| SILICA BUILDERS & CONSTR. MGMT., LLC, d/b/a SILICA BUILDERS | : : : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 6TH day of October 2009, upon consideration of Defendant's Motion to Dismiss (Doc. #5), Plaintiffs' Response (Doc. #8), and Defendant's Reply (Doc. #11), it is **ORDERED** that Defendant's Motion is **DENIED**.

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:      Copies **MAILED** on _____ to: